

FILED IN COURT OF APPEALS
12th Court of Appeals District

FEB - 9 2015

TYLER TEXAS
CATHY S. LUSK, CLERK

Troy David McDougal #1394512
Hughes Unit
RT2 Box 4400
Gatesville, TX 76597
February 3, 2015

Court of Appeals Clerk
    Cathy Lusk
Twelfth Court of Appeals
1517 W. Front Street, Ste 354
Tyler, TX 75702

RE: Request copy of 11.07 on file for cause NO: 12-07-00016-CR,
12-07-00017-CR and 12-07-00018-CR.

Dear Mrs. Lusk,
    I filed an 11.07 back in 2007-2008. I would like to know if it got put on file or not. If it did get put on file, could you please send me a copy of these 11.07's please. If you do not have them can you tell me were I can find the 11.07's at?
    I would also like to know, if a person has a life sentence or more, does there case(s) get an otomatic appeal?
    Thank you for your time and any help you give me in this matter.
May God Bless You!!

                                    Sincerly;
                                    Troy McDougal

cc: